IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.,** : | | **CIVIL ACTION** |
| *Plaintiff* : | | |
| : | | |
| **v.** : | | **NO. 22-CV-1973** |
| : | | |
| **ANNA C. FREDERICK, ESQ.,** *et al.*, : | | |
| *Defendants* : | | |

**O R D E R**

**AND NOW**, this 2nd day of June 2022, upon consideration of Plaintiff Avery Miguel Perry, Sr.'s *motion to proceed in forma pauperis*, (ECF No. 5), and *pro se* Complaint (ECF No. 2) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons set forth in the accompanying Memorandum, as follows:

    a. Perry's federal claims are **DISMISSED, with prejudice,** for failure to state a claim.

    b. Perry's state law claims are **DISMISSED, without prejudice,** for lack of subject matter jurisdiction.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*